Kristina N. Holmstrom
State Bar No. 10086
Nicole M. True
State Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0163
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:kholmstrom@lrrc.com
　　　　ntrue@lrrc.com
*Attorneys for Defendant Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS LONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Group Long Term Disability Plan for TARGET CORP.; DOES 1 through V; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-CV-02298-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　The parties stipulate that defendants Hartford Life and Accident Insurance Company, shall have up to and including **November 15, 2016** to answer or otherwise respond to the plaintiff's Complaint. Defendants requested this extension and the plaintiff agreed, to allow defendants time to obtain and review the file materials.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2011431207_1

1   This is the second extension requested by the parties.  A proposed order is attached.

2   DATED this 3rd day of November, 2016.

3   LAW OFFICE OF JULIE A. MERSCH          LEWIS ROCA ROTHGERBER CHRISTIE LLP

5   By: */s/ Julie A. Mersch*                          By: */s/ Nicole M. True*
       Julie A. Mersch                                           Kristina N. Holmstrom
6   *Attorneys for Plaintiff*                                 State Bar No. 10086
                                                                         Nicole M. True
                                                                         State Bar No. 12879
                                                                         3993 Howard Hughes Parkway, Suite 600
                                                                         Las Vegas, NV  89169-5996
                                                                         Tel:  602.262.5311
                                                                         E-mail:   kholmstrom@lrrc.com
                                                                                         ntrue@lrrc.com
     *Attorneys for Defendant Hartford Life and Accident Insurance Company*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: November 4, 2016

.

2011431207_1                                         2