Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
jam@merschlaw.com
*Attorney for Plaintiff Louis Long*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS LONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Group Long Term Disability Plan for TARGET Corp.; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:16-cv-02298-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

　　COME NOW Plaintiff LOUIS LONG and Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by and through their respective attorneys, and hereby stipulate to a dismissal of this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

　　DATED:  March 9th, 2017　　　　LAW OFFICE OF JULIE A. MERSCH


　　　　　　　　　　　　　　　　　　By:　　/s/ Julie A. Mersch　　　　　
　　　　　　　　　　　　　　　　　　　　JULIE A. MERSCH
　　　　　　　　　　　　　　　　　　　　jam@merschlaw.com
　　　　　　　　　　　　　　　　　　　　Nevada Bar No.: 004695
　　　　　　　　　　　　　　　　　　　　701 S. 7th Street
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff LOUIS LONG*

STIP TO DISMISS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

1  DATED: March 9th, 2017                LEWIS ROCA ROTHGERBER CHRISTIE

2

3                                         By:   /s/ Kristina N. Holmstrom
                                                KRISTINA N. HOLMSTROM
4                                               kholmstrom@lrrc.com
                                                Nevada Bar No. 10086
5                                               Nicole M. True
                                                ntrue@lrrc.com
6                                               Nevada Bar No. 12879
                                                3993 Howard Hughes Pkwy, Ste. 600
7                                               Las Vegas, NV 89169-5996
                                                *Attorneys for Defendant HARTFORD*

8

9          **IT IS SO ORDERED:**

10         Dated March 13, 2017.

11

12         _____
           UNITED STATES DISTRICT COURT JUDGE

STIP TO DISMISS                                                                     2